UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation<br><br>**This Document Relates To:**<br>Norris v. Wal-Mart Stores, Inc., et al. - Case #1:23-cv-00214 | Docket No. 22-md-3043 (DLC) |

# SHORT FORM COMPLAINT

I. **FILING OF SHORT FORM COMPLAINT**

Plaintiff(s) hereby file their Complaint by way of (select one):

■ This Complaint is filed pursuant to Order: Direct Filing (DE 238). Plaintiff(s) hereby designate(s) the United States District Court for the __Eastern District of Louisiana__ as Plaintiff(s)' home venue ("Home Venue"), as this case may have originally been filed there because:

- ■ The APAP product(s) Plaintiff-Mother took while pregnant with Plaintiff-Minor were purchased and/or used in __Belle Chasse__ (city), __Louisiana__ (state).

- ■ Plaintiff-minor was born in __Metairie__ (city), __Louisiana__ (state).

- ■ A substantial part of other events or omissions giving rise to the claim occurred there, to wit: __Belle Chasse, Louisiana__.

- ■ At least Defendant __WalMart, Inc.__ is a resident of the district and all defendants are residents of the State in which that district is located.

■ This case originally was filed in the United States District Court for the __Eastern District of Louisiana__ and was transferred to this Court via Conditional Transfer Order No. __CTO-10__ by the Judicial Panel on Multidistrict Litigation.

1

## II. PLAINTIFF(S) INFORMATION

Plaintiff(s) are the following individuals (check all boxes which apply and fill out all information for selected Plaintiff(s)):

☐ Plaintiff-Mother (name): Jennifer Norris

- State of Residence: Louisiana
- State of Citizenship: Louisiana
- Filing Capacity:
    - ☒ As Guardian, on behalf of Plaintiff Child
    - ☐ Individually

☒ Plaintiff Child #1 (full name, or initials if Plaintiff Child is currently a minor): W.N.

- State of Residence: Louisiana
- State of Citizenship: Louisiana
- Year of Birth (yyyy): 2014
- Injury:
    - ☒ Autism Spectrum Disorder
    - ☐ Attention-Deficit/Hyperactivity Disorder

☐ Plaintiff Child #2 (full name, or initials if Plaintiff Child is currently a minor): _____

- State of Residence: _____
- State of Citizenship: _____
- Year of Birth (yyyy): _____
- Injury:

2

☐ Autism Spectrum Disorder

☐ Attention-Deficit/Hyperactivity Disorder

■ Other Plaintiff(s): __Douglas Norris_____

- Capacity to assert claim(s) (*e.g.*, other parent, guardian, conservator, administrator, executor): __P a r e n t_____
- State of Residence: __L o u i s i a n a_____
- State of Citizenship: __L o u i s i a n a_____

*In the rare instance that Plaintiff(s) include additional Plaintiff(s) who are immediate family members or who solely assert derivative claims, but are not otherwise listed above due to space constraints, please check here and list the additional Plaintiff's name, capacity to assert claims, state of residence, state of citizenship, and pertinent factual and legal claims on a separate sheet of paper.*
☐ See attached

*In the rare instance that Plaintiff(s) seek(s) to include additional Plaintiff-Children, please check here and list the additional name (or initials, if the Plaintiff Child is currently a minor), state of residence, state of citizenship, year of birth, and injury on a separate sheet of paper.*
☐ See attached

### III.   INCORPORATION OF MASTER COMPLAINT(S)

Plaintiff(s) incorporate by reference the allegations contained in the below indicated Master Long Form Complaint(s) and Jury Demand(s) filed in *In Re: Acetaminophen – ASD-ADHD Products Liability Litigation*, MDL No. 3043, on December 16, 2022:

- ■ The Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc. (DE 276).
    - *Note:* Plaintiffs incorporating this Master Complaint must complete Section IV.A in addition to the above sections.

- The Master Long Form Complaint and Jury Demand Against the Retailer Defendants (DE 277).
    - *Note:* Plaintiffs incorporating this Master Complaint must complete Section IV.B in addition to the above sections.

IV. **DEFENDANT(S)**

    A. <u>Manufacturer Defendant</u>

        1. Plaintiff(s) allege claims against the Manufacturer Defendant selected below:

- ☒ **Johnson & Johnson Consumer Inc.**

    <u>Plaintiff Child #1:</u>

    - Johnson & Johnson Consumer Inc. Product(s) Mother took while pregnant with Plaintiff Child #1:

        - ☐ Tylenol Regular®
            - Date range Mother took <u>Tylenol Regular®</u> while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

        - ☒ Tylenol Extra Strength®
            - Date range Mother took <u>Tylenol Extra Strength®</u> while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): <u>February 2014 to November 2014</u>

        - ☐ Tylenol Extra Strength Rapid Release Gels®
            - Date range Mother took <u>Tylenol Extra Strength Rapid Release®</u> while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

        - ☐ Other: _____
            - Date range Mother took Other Product while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    <u>Plaintiff Child #2 (if more than one Plaintiff Child):</u>

4

- Johnson & Johnson Consumer Inc. Product(s) Mother took while pregnant with Plaintiff Child #2:

    - ☐ Tylenol Regular®
        - Date range Mother took Tylenol Regular® while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - ☐ Tylenol Extra Strength®
        - Date range Mother took Tylenol Extra Strength® while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - ☐ Tylenol Extra Strength Rapid Release Gels®
        - Date range Mother took Tylenol Extra Strength Rapid Release® while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - ☐ Other: _____
        - Date range Mother took Other Product while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

2. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* as if fully set forth herein.

3. The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* are herein adopted by Plaintiff-Mother in her own right (*i.e.* not covered by claims asserted on behalf of Plaintiff Child(ren)), Plaintiff Child(ren), and/or Plaintiff-Other (check all applicable boxes below)):

| Plaintiff-Mother | Plaintiff Child #1 | Plaintiff Child #2 *(if more than one Plaintiff Child)* | Plaintiff-Other | Claim/Allegation |
|---|---|---|---|---|
| X | X |  | X | Count I: Strict Liability for Failure to Warn |

| | | | | |
|---|---|---|---|---|
| X | X | | X | Count II: Strict Liability for Design Defect Due to Inadequate Warnings and Precautions |
| X | X | | X | Count III: Negligence |
| X | X | | X | Count IV: Negligent Misrepresentation |
| | | | | Count V: Strict Liability Misrepresentation Under § 402B of the Restatement (Second) of Torts (Limited to Arizona, California, Colorado, Illinois, Kansas, Maryland, Nebraska, New Mexico, Oregon, Pennsylvania, Tennessee, Texas, Wyoming) |
| X | X | | X | Count VI: Violation of Consumer Protection Laws |
| X | X | | X | Count VII: Breach of Implied Warranty |

4. In checking the box(es) above for which misrepresentation is an element, Plaintiff(s) adopt(s) and incorporate(s) the allegations made in the *Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc*. Any additional Plaintiff(s)-specific allegations as to the alleged misrepresentation must be set forth here: _____

_____

_____

_____

5. In checking the box(es) above concerning Count VI: Violation of Consumer Protection Laws, Plaintiff(s) adopt(s) and incorporate(s) allegations made in the *Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc*. and alleges violation of the following Consumer Protection Laws from the State(s) of  Louisiana  

_____

6. The following claims and allegations asserted are not included in the *Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* and are herein added to Plaintiffs' Short Form Complaint. (Please state additional claims and the factual

and legal basis for them below or on a separate sheet if more space is needed.): _____

   Louisiana Product Liability Law - La. R.S. 28011.51, *et seq.*

   Redhibition - La. Civil Code Articles 2520 to 2548

_____

_____

B.     <u>Retailer Defendant(s):</u>

1. Plaintiff(s) allege claims against the Retailer Defendants selected below. By checking a box against a Retailer Defendant, Plaintiff(s) allege their claims arise out of the acetaminophen store brands identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants* or otherwise specify additional products below:

☐ **7-Eleven, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury*

*Demand Against Retailer Defendants*: _____

_____

☐ **Big Lots, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
    _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
    _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
    _____

☐ **Costco Wholesale Corporation**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
    _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____

☐ **CVS Pharmacy, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____

☐ **Dolgencorp, LLC**

- Plaintiff Child #1:

- Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

- Location(s) where purchased (City, State): _____

- Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

  - Location(s) where purchased (City, State): _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

☐ **Dollar Tree Stores, Inc.**

- Plaintiff Child #1:

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

  - Location(s) where purchased (City, State): _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

  - Location(s) where purchased (City, State): _____

- Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 Two if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

☐ **Family Dollar Stores, LLC**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

☐ **The Kroger Co.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

- Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
_____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
_____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
_____

☐ **Rite Aid Corporation**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
_____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
_____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
_____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
_____

☐ **Safeway, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____

☐ **Sam's West Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

- Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

- Location(s) where purchased (City, State): _____

- Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

☐ **Target Corporation**

- Plaintiff Child #1:

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

  - Location(s) where purchased (City, State): _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

  - Location(s) where purchased (City, State): _____

  - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

☒ **Walgreen Co.**

- Plaintiff Child #1:

  - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): February 2014 to November 2014

14

- Location(s) where purchased (City, State): 457 Lapalco Blvd., Gretna, LA

- Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: Walgreens Extra Strength Acetaminophen

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

- ☒ **Walmart Inc.**

    - Plaintiff Child #1:

        - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): February 2014 to November 2014

        - Location(s) where purchased (City, State): 1501 Manhattan Blvd., Harvey, LA

        - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*: Equate Extra Strength Acetaminophen

    - Plaintiff Child #2 (if more than one Plaintiff Child):

        - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

        - Location(s) where purchased (City, State): _____

        - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *Master Long Form Complaint and Jury*

*Demand Against Retailer Defendants*: _____

☐ **Other Retailer:** _____

- Plaintiff Child #1:

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1:_____

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2:_____

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____

2. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand Against Retailer Defendants* as if fully set forth herein.

3. The following claims and allegations asserted in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants* are herein adopted by Plaintiff-Mother in her own right (i.e. not covered by claims asserted on behalf of Plaintiff Child(ren)), Plaintiff Child(ren), and/or Plaintiff-Other (check all applicable boxes below):

| Plaintiff-Mother | Plaintiff Child #1 | Plaintiff Child #2 *(if more than one Plaintiff Child)* | Plaintiff-Other | Claim/Allegation |
|---|---|---|---|---|
| X | X |  | X | Count I: Strict Liability for Failure to Warn |
| X | X |  | X | Count II: Strict Liability for Design Defect Due to Inadequate Warnings and Precautions |
| X | X |  | X | Count III: Negligence |
| X | X |  | X | Count IV: Negligent Misrepresentation |
|  |  |  |  | Count V: Strict Liability Misrepresentation Under § 402B of the Restatement (Second) of Torts (Limited to: Arizona, California, Colorado, Illinois, Kansas, Maryland, Nebraska, New Mexico, Oregon, Pennsylvania, Tennessee, Texas, Wyoming) |
| X | X |  | X | Count VI: Violation of Consumer Protection Laws |
| X | X |  | X | Count VII: Breach of Implied Warranty |
| X | X |  | X | Count VIII: Liability as Apparent Manufacturer |

4. In checking the boxes above for which misrepresentation is an element, Plaintiff(s) adopt(s) and incorporate(s) the allegations made in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants*. Any additional Plaintiff(s)-specific allegations as to the alleged misrepresentation must be set forth here: _____

_____

_____

5. In checking the box(es) above concerning Count VI: Violation of Consumer Protection Laws, Plaintiff(s) adopt(s) and incorporate(s) allegations made in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants* and alleges violation of the

17

following Consumer Protection Laws from the State(s) of  Louisiana

6. The following claims and allegations asserted are not included in the *Master Long Form Complaint and Jury Demand Against Retailer Defendants* and are herein added to Plaintiffs' Short Form Complaint (Please state additional claims and the factual and legal basis for them below or on a separate sheet if more space is needed):

Louisiana Product Liability Law - La. R.S. 28011.51, *et seq.*

Redhibition - La. Civil Code, Articles 2520-2548

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray(s) for relief and demand(s) a trial by jury as set forth in the Master Long Form Complaint(s) and Jury Demand(s) filed in *In Re: Acetaminophen – ASD-ADHD Products Liability Litigation*, MDL No. 3043 (S.D.N.Y.), on December 16, 2022.

Dated: January 24, 2023

Respectfully submitted,

*/s/ Douglas R. Plymale*
THE DUGAN LAW FIRM, APLC
Douglas R. Plymale (LSBA #28409)
Pro Hac Vice submitted
Of Counsel
dplymale@dugan-lawfirm.com James R. Dugan, Jr. (LSBA #24785) jdugan@dugan-lawfirm.com David Scalia (LSBA #21369) dscalia@dugan-lawfirm.com Mekel R. Smith (LSBA #22157) mekel@dugan-lawfirm.com
365 Canal Street, Suite 1000
New Orleans, LA 70130 Telephone: (504) 648-0180
Fax: (504) 648-0181

Attorneys for Plaintiffs